**Emmett BARKLEY, Plaintiff— Appellant,**

v.

**Sergeant PIERCE; Correctional Officer Shank; Dan Devaroe, Correctional Officer II, Defendants—Appellees.**

**No. 07–7316.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 25, 2008.

Emmett Barkley, Appellant Pro Se.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Barkley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Barkley v. Pierce,* No. 1:07–cv–01974–JFM (D.Md., Aug. 21, 2007). We further deny as moot Barkley's motion for expedited adjudication of this appeal. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*